## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania    :
   :
      v.    :    No. 671 C.D. 2022
   :
Hillel Markowitz,    :
      Appellant    :

**PER CURIAM**                  **O R D E R**

NOW, July 6, 2023, having considered Appellant's application for reconsideration, the application is DENIED.